AO-10
Rev. 8/87  **FINANCIAL DISCLOSURE REPORT**   Annual Report Due by May 15 from Judicial Officers and
certain Judicial Employees (28 USCA App. 1, §§ 301-09)

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| BONNER, ROBERT C. | U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | ‾6/15/88 ˙˙ |
| Title<br>(NOMINATED TO BE)<br>UNITED STATES DISTRICT JUDGE | Date of Entry/Nomination/Termination<br>(only if initial or final report)<br>June 15, 1988 | Reporting Period<br>(Calendar year, or inclusive dates) |
| Home or office address<br>1269 U.S. COURTHOUSE<br>312 NORTH SPRING STREET<br>LOS ANGELES, CALIFORNIA 90012 | | 1/1/87 to<br>5/31/88 |

IMPORTANT NOTES: *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

**I. POSITIONS.** *(Reporting individual only; see pp. 15-16 of Instructions.)*

POSITION                                        NAME OF ORGANIZATION/ENTITY

☐ NONE *(No reportable positions)*

UNITED STATES ATTORNEY                    U.S. DEPARTMENT OF JUSTICE
CENTRAL DISTRICT OF CALIFORNIA

**II. AGREEMENTS.** *(Reporting individual only; see p. 17 of Instructions.)*

DATE                          PARTIES AND TERMS

☐ NONE *(No reportable agreements)*

2/14/84       WITHDRAWAL AGREEMENT FROM KADISON, PFAELZER PROVIDES FOR FIXED,
              LUMP SUM TERMINATION BENEFIT PAYABLE IN EQUAL MONTHLY INSTALLMENTS
              OVER 120 MONTHS. THE LAW FIRM DISSOLVED IN JULY 1987 AND PAYMENTS
CIRCA         CEASED. I HAVE FILED A CLAIM WITH THE RECEIVER FOR THE FIRM.
1/1/78        KADISON PFAELZER HR-10 PLAN. I STILL HAVE FUNDS IN THIS PLAN, BUT
              NO CONTRIBUTIONS HAVE BEEN MADE SINCE MY WITHDRAWAL AS A PARTNER

**III. NON-INVESTMENT INCOME.** *(Partial disclosure for spouse; see pp. 18-20 of Instructions.* FROM THE FIRM IN 2/8

DATE              SOURCE AND TYPE                           GROSS INCOME
*(Honoraria only)*                                          *(yours, not spouse's)*

☐ NONE *(No reportable non-investment income)*

1 _____    _____   $_____

2 _____    U.S. DEPARTMENT OF JUSTICE SALARY          $110,000

3 _____    KADISON,PFAELZER TERMINATION BENEFIT       $  7,136

4 _____    _____   $_____

. _____    _____   $_____

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting BONNER, ROBERT C. | Date of Report 6/15/88 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements or gifts) Not required to report | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. *(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [X] NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| * VALUE CODES: | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting BONNER, ROBERT C. | Date of Report 6/15/88 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS—income, value, transactions. *(Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value, Code² (J-P) | Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 AMOCO (Common Stock) | B | DIV. | F | T | | | | | |
| 2 KANSAS POWER & LIGHT (Common Stock) | B | DIV. | C | T | | | | | |
| 3 MOBIL (Common Stock) | B | DIV. | D | T | | | | | |
| 4 SANTA FE SOUTHERN PACIFI (Common Stock) | E | DIV. | D· | T | | | | | |
| 5 KANSAS GAS & ELECTRIC (Common Stock) | B | DIV. | C | T | | | | | |
| 6 HOME SAVINGS & LOAN (LA) (Savings Accounts) (S) | B | INT. | F | T | | | | | |
| 7 GREAT AMERICAN SAVINGS & LOAN (LA) (CDs) | C | INT. | F | T | | | | | |
| 8 SHARES IN MERRILL LYNCH FEDERAL SECURITIES (J) | F | DIV. & CAP.GN | H | T | | | | | |
| 9 KADISON, PFAELZER HR-10 PLAN | D | DIV. & INT. | H | T | | | | | |
| 10 FEDERAL EMPLOYEES PENSION PLAN | B | INT. | D | T | | | | | |
| 11 U.S. GOVERNMENT TIGR - ZERO COUPON BOND (DC) | B | APPREC IATION | D | T | | | | | |
| 12 BANK OF AMERICA - ZERO COUPON BOND (DC) | B | APPREC IATION | E | T | | | | | |
| 13 IBM CREDIT CORPORATION - ZERO COUPON BOND (DC) | B | APPREC IATION | E | T | | | | | |
| 14 BARCLAY'S AMERICAN CORP. ZERO COUPON BOND (DC) | B | INT. | E | T | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes:  A = exempt ($0 to $100)    B = $101 to $1,000    C = $1,001 to $2,500    D = $2,501 to $5,000
                                    E = $15,001 to $50,000    G = $50,001 to $100,000    H = over $100,000
                                                                                                                      M = $15,001 to $50,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | BONNER, ROBERT C. | 6/15/88 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. *(Indicate section of Report.)*

☐ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _Robert C. Bonner_         Date _June 15, 1988_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

---

*FILING INSTRUCTIONS:*

1. *Mail signed original and 4 additional copies to:*          *Judicial Ethics Committee*
*Administrative Office of the*
*United States Courts*
*Washington, DC 20544*

Clerk of the Court on which you sit or serve. *(Judicial employees not*

Digitized by Google